APR 2 2026 PM 12:39
FILED - USDC - FLMD - TPA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

SAMPLE FORM OF 401K COMPLAINT FORM Division

| | |
|---|---|
| Welselly Santana | Case No. 8:26-CN-947-TPB-LSG |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| THE ROCKERFELLER FAMILY TRUST FUND | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WELSELLY SANTNA |
| Street Address | 2000 EAST 12TH AVENUE |
| City and County | TAMPA HILLSBOROUGH |
| State and Zip Code | FL 33675 |
| Telephone Number | |
| E-mail Address | WELSELLYSANTANA1008@PROTON.ME |



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ROCKEFELLER FAMILY TRUST FUND TRUSTEE |
| Job or Title *(if known)* | TRUSTEE OR FUND MANAGER |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

736.1001   Violation from the trustee by not disclosing and using the trust fund without my authorization. Remedies for breach of trust from the trustee.—

(1)   A violation by a trustee of a duty the trustee owes to a beneficiary is a breach of trust.

(2)   To remedy a breach of trust that has occurred or may occur, the court may:

(a)   Please Compel the trustee to perform the trustee's duties;

(b)   Enjoin the trustee from committing a breach of trust;

(c)   Compel the trustee to redress the breach of trust by paying money or restoring property and stepping down.;

(d)   Order a trustee to account;

(e)   Appoint a special fiduciary to take possession of the trust property and administer the trust;

(f)   Suspend the trustee immediately;

(g)   Remove the trustee as provided in s. 736.0706;

(h)   Reduce or deny compensation to the trustee;

(i)   Subject to s. 736.1016, void an act of the trustee, impose a lien or a constructive trust on trust property, or trace trust property wrongfully disposed of and recover the property or its proceeds; or

(j)   Order other appropriate relief such as help for a hotel room imediately before the grand meeting at The Tampa convention Center.

(3)   As an illustration of the remedies available to the court and without limiting the court's discretion as provided in subsection (2), if a breach of trust results in the favoring of any beneficiary to the detriment of any other beneficiary or consists of an abuse of the trustee's discretion:

(a)   To the extent the breach of trust has resulted in no distribution to a beneficiary or a distribution that is too small, the court may require the trustee to pay from the trust to the beneficiary an amount the court determines will restore the beneficiary, in whole or in part, to his or her appropriate position.

(b)   To the extent the breach of trust has resulted in a distribution to a beneficiary that is too large, the court may restore the beneficiaries, the trust, or both, in whole or in part, to their appropriate positions by requiring the trustee to withhold an amount from one or more future distributions to the beneficiary who received the distribution that was too large or by requiring that beneficiary to return some or all of the distribution to the trust.

## B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

   b.    If the defendant is a corporation

   The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   THE ENTIRE VALUE OF THE ROCKEFELLER FAMILY TRUST FUND.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- Embezzlement and Misappropriation: Utilizing trust assets for personal gain or using them inconsistently with the trust document without my consent AND LEFT ME HOMELESS.
- Breach of Fiduciary Duty: A trustee's failure to act in the best interest of beneficiaries, such as failing to properly manage assets or neglecting to make required distributions. All 401K's & Bankers are MIA.

- Failure to Account: Trustees are required to provide beneficiaries with a formal accounting of trust assets and transactions. Are the assets used without the citizens consent by the Banks and Trustee? Let's not forget that I own all of the USA Banks as I have a lawsuit against "The Roosevelt Family Trust Fund" Docket #8:26-cv-00928-wfj-aep who owns all of the USA Banks and as I'm the sole heir. The Windsor Family Trust Fund Docket# 8:26-cv-00867-wfj-aep This is Fraud by the Trustee. Is the Trustee The Speaker of The House Mike Johnson by any chance? Is that the issue here? Because Not one politician have had the time to stop by and have a conversation with me? Please advise.
- Conflict of Interest: The trustee acts in their own interest rather than the beneficiary's interest. All airports should be locked to Mike Johnson and politicians and they should not be running out of the country. Please blacklist him.
Consequences of Violations
- Trustee Removal: A court can suspend or remove a trustee for breach of duty. (PLEASE REMOVE ANY APPOINTED TRUSTEE AT THE MOMENT AND I WANT THEM TO HAVE JAIL TIME and HELP SHOULD BE SENT TO ME FOR A HOTEL ROOM AT THE MARRIOTT APPOINTED BY COURT WITH A RESERVATION FOR THE PRESIDENTIAL SUITE).
- Financial Penalties: Trustees may be required to pay damages, restore property, or return excessive distributions. TRUSTEES TO PAY EVERYTHING BACK THAT HAS BEEN STOLEN FROM THE CROWN AND TRUST FUND.
- Court Intervention: Beneficiaries can sue to compel the trustee to act, freeze assets, or void wrongful actions. (FREEZE ALL OF THEIR ASSETS AROUND THE WORLD AND WORK WITH SWITZERLAND CENTRAL BANK AS I WOULD LIKE TO MOVE TO SWITZERLAND.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

IM ASKING THE COURT FOR FULL CONTROL OF MY ASSETS THROUGH THE MEETING WITH METLIFE CORPORATION AND ITS SUBSIDIARIES FOR THE WINDSOR FAMILY TRUST FUND OF DOCKET#8:26-CV-00867-WFJ-AEP. OF NOTE, THE ROOSEVELT DOCKET # 8:26-CV-00928-WFJ-AEP IS THE ONE AND ONLY, THE OWNER OF ALL BANKS, WITHIN THE USA. THE ROCKEFELLER FAMILY TRUST FUND IS THE ONE THAT WE ARE REQUESTING RELIEF FOR HOUSING AS OF TODAY.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/02/2026

Signature of Plaintiff

Printed Name of Plaintiff      WELSELLY SANTANA

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address